**E-FILED**
Tuesday, 30 June, 2015  03:26:54 PM
Clerk, U.S. District Court, ILCD

# EXHIBIT H



# Londrigan Potter Randle P.C.

ATTORNEYS AT LAW

Thomas F. Londrigan
James R. Potter
Craig A. Randle
Alexandra de Saint Phalle
Colleen R. Lawless
Ashton N. Nowlan
•    •    •
Joseph A. Londrigan (1919-1970)

January 28, 2015

Ms. Cara Houck
Miller, Canfield, Paddock and Stone, P.L.C.
225 West Washington St.,Suite 2600
Chicago, IL 60606

Re:    ***Springfield Prairie Properties, LLC***

Dear Cara:

Enclosed are the following documents:

1. Perkins Coie Special Retainer Deposit Accounting;
2. Gregory Sgro Special Retainer Deposit Accounting;
3. Londrigan, Potter & Randle, P.C. Special Retainer Deposit Accounting;
4. Scott & Scott Special Retainer Deposit Accounting;
5. Londrigan, Potter & Randle, P.C. Trust Account Accounting;
6. Scott & Scott Trust Account Accounting.

I believe these numbers will add up to the total I sent you two weeks ago. If you have any questions please advise.

Yours truly,

JAMES R. POTTER

JRP:cea
Encs.

www.lprpc.com • Established 1970

1227 South 7th St. • P.O. Box 399 • Springfield, IL 62705 • Phone (217) 544-9823 • Fax (217) 544-9826 • Toll Free (800) 544-9823

## Springfield Prairie Properties Retainer Accounting

| Client Number | Lead Matter | Client Name | Invoice Date | Receipt Date | Invoice Number | Type |
|---|---|---|---|---|---|---|
| 115212 | 115212.0001 | Springfield Prairie Properties, LLC | 9/29/2014 | 9/29/2014 | | Receipt |
| 115212 | 115212.0001 | Springfield Prairie Properties, LLC | 1/15/2015 | 1/15/2015 | | Receipt |

| Check# | Total | Fees | | Hard Cost | | Soft Cost | | Unallocated | |
|---|---|---|---|---|---|---|---|---|---|
| 5178 | $ (100,000.00) | $ | - | $ | - | $ | - | $ | (100,000.00) |
| ApplyUnallocated | $ 10,634.00 | $ | - | $ | - | $ | - | $ | 10,634.00 |
| | $ (89,366.00) | | | | | | | | |

# CLIENT LEDGER
# Rule 1.15(a)(2)

A separate page for each client/matter showing chronologically all receipts, disbursements and balances for each client/matter

### TRUST ACCOUNT CLIENT LEDGER PAGE

**Name of Client** ____ **Springfield Prairie Properties/Bob Egizii**
**Legal Matter/Adverse Party:** ____ **Litigation** _____
**File Number** _____ **06331** _____

| DATE | DESCRIPTION OF TRANSACTION | PAYOR/PAYEE | REF | FUNDS PAID | FUNDS RECEIVED | BALANCE |
|---|---|---|---|---|---|---|
| 09/19/13 | Retainer | Springfield Prairie Properties | | | $10,000.00 | $10,000.00 |
| 10/08/14 | Retainer | Springfield Prairie Properties | | | $150,000.00 | $150,000.00 |
| 12/30/14 | Fees and costs | invoice dated 12/29/14 | 3378 | $13,889.00 | 0.00 | $146,111.00* |
| | | | | | | |
| * Less any outstanding fees and costs not billed since 12/29/2014 | | | | | | |

LPR Special Retainer Acct: Robert Egizii & Springfield Prairie Properties
Prairie State Bank & Trust Account #11600012

| DATE | Description | Payor/Payee | Paid | Received | Balance |
|------|-------------|-------------|------|----------|---------|
| 12-19-14 | Retainer | SPP | | $150,000.00 | $150,000.00 |
| 12-31-14 | Fees/costs | LPR | $ 6,825.00 | | $143,175.00 |

Date: 01/28/2015                                    **TAS Client Trust Ledger**                                    .                              Page: 1

**Attorney: 3 R. Stephen Scott**

~~11040.99.1 Springfield Prairie Properties~~
Legal Matters

| Date | Check # | Description | Amount | Balance | Payee |
|------|---------|-------------|--------|---------|-------|
| 09/22/2014 | Deposit | Retainer paid to Scott & Scott for legal services | 150,000.00CR | 150,000.00 | |
| 01/28/2015 | EFT | Payment for legal services 1/25/2015 | 6,863.70DB | 143,136.30 | |
| | | **Total Deposits:** | 150,000.00CR | | |
| | | **Total EFTs:** | 6,863.70DB | | |
| | | **Closing Balance:** | | $143,136.30 | |

LPR Trust Account//Springfield Prairie Properties Trust Account

| Date | Check # | Payor/Payee | W/draw | Deposit | Balance |
|---|---|---|---|---|---|
| 07-17-13 | | SPP | | $ 130,000 | $ 130,000 |
| 08-09-13 | | SPP | | 70,000 | 200,000 |
| 08-12-13 | | SPP | | 50,000 | 250,000 |
| 10-09-13 | | SPP | | 100,000 | 350,000 |
| 10-21-13 | 3251 | SPP | 71,245 | | 278,755 |
| 11-21-13 | | SPP | | 22,000 | 300,755 |
| 01-07-14 | | SPP | | 50,000 | 350,755 |
| 02-06-14 | | SPP | | 50,000 | 400,755 |
| 03-19-14 | | SPP | | 50,000 | 450,755 |
| 04-15-14 | | SPP | | 50,000 | 500,755 |
| 05-01-14 | | SPP | | 100,000 | 600,755 |
| 06-05-14 | 3462 | SPP | 50,000 | | 550,755 |
| 06-23-14 | | SPP | | 75,000 | 625,755 |
| 08-20-14 | 3516 | SPP | 100,000 | | 525,755 |
| 09-15-14 | 3530 | SPP | 25,000 | | 500,755 |
| 09-24-14 | 3531 | SPP | 150,000 | | 350,755 |
| 09-24-14 | 3532 | SPP | 150,000 | | 200,755 |
| 09-24-14 | 3533 | SPP | 100,000 | | 100,755 |
| 10-03-14 | | SPP | | 100,000 | 200,755 |
| 11-05-14 | | SPP | | 50,000 | 250,755 |
| 12-11-14 | 3552 | SPP | 50,000 | | 200,755 |
| 12-19-14 | | SPP | | 100,000 | 300,755 |
| 12-24-14 | | SPP | | 150,000 | 450,755 |

**CHASE BANK**
**SPRINGFIELD PRAIRIE PROPERTIES, LLC TRUST**
**SCOTT & SCOTT, PC, TRUSTEE**

| DATE | CHECK # | DESCRIPTION | X | WITHDRAWAL | DEPOSIT | INTEREST | BALANCE |
|------|---------|-------------|---|-----------|---------|----------|---------|
| 07/26/13 | | Transfer from Chk XXXX0801 | x | | 700,100.00 | | 700,100.00 |
| 07/31/13 | | Interest Payment | x | | | 5.71 | 700,105.71 |
| 08/12/13 | | Deposit | x | | 200,000.00 | | 900,105.71 |
| 08/15/13 | | Bank Charge | x | 20.80 | | | 900,084.91 |
| 08/30/13 | | Interest Payment | x | | | 33.46 | 900,118.37 |
| 09/10/13 | | Deposit | x | | 100,000.00 | | 1,000,118.37 |
| 09/16/13 | | Bank Charge | x | 21.00 | | | 1,000,097.37 |
| 09/30/13 | | Interest Payment | x | | | 40.67 | 1,000,138.04 |
| 10/09/13 | | Deposit | x | | 100,000.00 | | 1,100,138.04 |
| 10/15/13 | | Bank Charge | x | 21.00 | | | 1,100,117.04 |
| 10/25/13 | 999991 | Springfield Prairie Properties - Operating Expenses | x | 100,000.00 | | | 1,000,117.04 |
| 10/31/13 | | Interest Payment | x | | | 44.21 | 1,000,161.25 |
| 11/15/13 | | Bank Charge | x | 21.20 | | | 1,000,140.05 |
| 11/29/13 | | Interest Payment | x | | | 39.45 | 1,000,179.50 |
| 12/15/13 | | Bank Charge | x | 20.00 | | | 1,000,159.50 |
| 12/31/13 | | Interest Payment | x | | | 43.53 | 1,000,203.03 |
| 01/06/14 | | Deposit | x | | 100,000.00 | | 1,100,203.03 |
| 01/15/14 | | Bank Charge | x | 20.00 | | | 1,100,183.03 |
| 01/31/14 | | Interest Payment | x | | | 45.57 | 1,100,228.60 |
| 02/05/14 | | Deposit | x | | 75,000.00 | | 1,175,228.60 |
| 02/18/14 | | Bank Charge | x | 21.00 | | | 1,175,207.60 |
| 02/25/14 | | Deposit | x | | 120,000.00 | | 1,295,207.60 |
| 02/28/14 | | Robert W. Egizii - 2013 SPP Ptr Taxes | x | 242,419.45 | | | 1,052,788.15 |
| 02/28/14 | | Thomas Egizii - 2013 SPP Ptr Taxes | x | 34,750.46 | | | 1,018,037.69 |
| 02/28/14 | | Michael Egizii - 2013 SPP Ptr Taxes | x | 11,305.72 | | | 1,006,731.97 |
| 02/28/14 | | Rodney Egizii - 2013 SPP Ptr Taxes | x | 20,746.49 | | | 985,985.48 |
| 02/28/14 | | Jodi Baptist - 2013 SPP Ptr Taxes | x | 8,103.06 | | | 977,882.42 |
| 02/28/14 | | John Pruitt - 2013 SPP Ptr Taxes | x | 26,520.05 | | | 951,362.37 |
| 02/28/14 | | Clyde Beimfohr - 2013 SPP Ptr Taxes | x | 72,410.25 | | | 878,952.12 |
| 02/28/14 | | Interest Payment | x | | | 44.17 | 878,996.29 |
| 03/05/14 | 999992 | Robert W. Egizii - Perkins Coie Legal Fees | x | 20,000.00 | | | 858,996.29 |
| 03/17/14 | | Bank Charge | x | 22.00 | | | 858,974.29 |
| 03/19/14 | | Deposit | x | | 105,000.00 | | 963,974.29 |
| 03/31/14 | | Interest Payment | x | | | 38.25 | 964,012.54 |
| 04/11/14 | | Deposit | x | | 50,000.00 | | 1,014,012.54 |
| 04/15/14 | | Bank Charge | x | 21.20 | | | 1,013,991.34 |
| 04/30/14 | | Interest Payment | x | | | 40.49 | 1,014,031.83 |
| 05/01/14 | | Deposit | x | | 50,000.00 | | 1,064,031.83 |
| 05/15/14 | | Deposit | x | | 120,000.00 | | 1,184,031.83 |
| 05/15/14 | | Bank Charge | x | 21.00 | | | 1,184,010.83 |
| 05/30/14 | | Robert W. Egizii - 2014 SPP Ptr Tax Est | x | 116,195.23 | | | 1,067,815.60 |
| 05/30/14 | | Thomas Egizii - 2014 SPP Ptr Tax Est | x | 16,439.23 | | | 1,051,376.37 |
| 05/30/14 | | Michael Egizii - 2014 SPP Ptr Tax Est | x | 4,590.81 | | | 1,046,785.56 |
| 05/30/14 | | Rodney Egizii - 2014 SPP Ptr Tax Est | x | 9,056.91 | | | 1,037,728.65 |
| 05/30/14 | | Jodi Baptist - 2014 SPP Ptr Tax Est | x | 3,833.28 | | | 1,033,895.37 |
| 05/30/14 | | John Pruitt - 2014 SPP Ptr Tax Est | x | 12,545.71 | | | 1,021,349.66 |
| 05/30/14 | | Clyde Beimfohr - 2014 SPP Ptr Tax Est | x | 34,254.75 | | | 987,094.91 |

**CHASE BANK**
**SPRINGFIELD PRAIRIE PROPERTIES, LLC TRUST**
**SCOTT & SCOTT, PC, TRUSTEE**

| DATE | CHECK # | DESCRIPTION | X | WITHDRAWAL | DEPOSIT | INTEREST | BALANCE |
|------|---------|-------------|---|-----------|---------|----------|---------|
| 05/30/14 | | Interest Payment | x | | | 45.52 | 987,140.43 |
| 06/15/14 | | Bank Charge | x | 22.00 | | | 987,118.43 |
| 06/19/14 | | Deposit | x | | 36,258.00 | | 1,023,376.43 |
| 06/30/14 | | Interest Payment | x | | | 42.16 | 1,023,418.59 |
| 07/15/14 | | Bank Charge | x | 21.00 | | | 1,023,397.59 |
| 07/18/14 | | Deposit | x | | 160,000.00 | | 1,183,397.59 |
| 07/31/14 | | Interest Payment | x | | | 45.54 | 1,183,443.13 |
| 08/15/14 | | Bank Charge | x | 21.00 | | | 1,183,422.13 |
| 08/29/14 | | Interest Payment | x | | | 46.67 | 1,183,468.80 |
| 09/10/14 | | Robert W. Egizii - 2014 SPP Ptr Tax Est | x | 56,422.53 | | | 1,127,046.27 |
| 09/10/14 | | Thomas Egizii - 2014 SPP Ptr Tax Est | x | 7,982.63 | | | 1,119,063.64 |
| 09/10/14 | | Michael Egizii - 2014 SPP Ptr Tax Est | x | 2,229.23 | | | 1,116,834.41 |
| 09/10/14 | | Rodney Egizii - 2014 SPP Ptr Tax Est | x | 4,397.90 | | | 1,112,436.51 |
| 09/10/14 | | Jodi Baptist - 2014 SPP Ptr Tax Est | x | 1,861.38 | | | 1,110,575.13 |
| 09/10/14 | | John Pruitt - 2014 SPP Ptr Tax Est | x | 6,092.00 | | | 1,104,483.13 |
| 09/10/14 | | Clyde Beimfohr - 2014 SPP Ptr Tax Est | x | 16,633.57 | | | 1,087,849.56 |
| 09/15/14 | | Bank Charge | x | 20.00 | | | 1,087,829.56 |
| 09/23/14 | | Wire Transfer to Key Bank | x | 250,000.00 | | | 837,829.56 |
| 09/23/14 | | Wire Transfer to Key Bank - Reversal | x | | 250,000.00 | | 1,087,829.56 |
| 09/24/14 | | Wire Transfer to Key Bank | x | 250,000.00 | | | 837,829.56 |
| 09/24/14 | 999993 | Scott & Scott, P.C. Trust Acct. - Retainer | x | 150,000.00 | | | 687,829.56 |
| 09/30/14 | | Interest Payment | x | | | 45.17 | 687,874.73 |
| 10/03/14 | | Wire Transfer to TD Bank | x | 250,000.00 | | | 437,874.73 |
| 10/15/14 | | Bank Charge | x | 36.60 | | | 437,838.13 |
| 10/24/14 | | Wire Transfer to TD Bank | x | 125,000.00 | | | 312,838.13 |
| 10/31/14 | | Interest Payment | x | | | 17.78 | 312,855.91 |
| 11/05/14 | | Deposit | x | | 88,000.00 | | 400,855.91 |
| 11/17/14 | | Bank Charge | x | 36.40 | | | 400,819.51 |
| 11/28/14 | | Interest Payment | x | | | 14.67 | 400,834.18 |
| 12/15/14 | | Bank Charge | x | 21.00 | | | 400,813.18 |
| 12/31/14 | | Interest Payment | x | | | 17.99 | 400,831.17 |

1/28/2015

Page 2