E-FILED
Tuesday, 30 June, 2015  03:26:54 PM
Clerk, U.S. District Court, ILCD

# EXHIBIT I

2:23 PM

06/10/14

Accrual Basis

**Springfield Prairie Properties, LLC**
**Profit & Loss**
January 2011

|  | Jan 11 |
|---|---|
| **Ordinary Income/Expense** | |
| **Income** | |
| Parking Income | 1,189.00 |
| Rent Income | 263,615.73 |
| **Total Income** | 264,804.73 |
| **Expense** | |
| Contributions/Political | 625.00 |
| Annual Report | 250.00 |
| Amortization Expense | 4,756.00 |
| Contract Labor | 2,910.00 |
| Contributions | 600.00 |
| Depreciation Expense | 25,478.42 |
| Insurance | 4,555.18 |
| Janitor Service & Supplies | 12,634.77 |
| Management Fee | 11,808.33 |
| Parking | 102.00 |
| Property Taxes | 32,708.85 |
| **Repairs** | |
| Elevator Maintenance | 2,659.31 |
| Building | 2,981.50 |
| Other | 650.00 |
| HVAC | 5,032.64 |
| Electrical | 14,336.62 |
| Contracted Services | 6,369.03 |
| **Total Repairs** | 32,029.10 |
| Supplies | 334.08 |
| Telephone | 762.23 |
| **Utilities** | |
| Gas and Electric | 8,825.43 |
| **Total Utilities** | 8,825.43 |
| **Total Expense** | 138,379.39 |
| **Net Ordinary Income** | 126,425.34 |
| **Other Income/Expense** | |
| **Other Income** | |
| Interest Income | 4,243.14 |
| **Total Other Income** | 4,243.14 |
| **Other Expense** | |
| Interest Expense | 128,717.29 |
| **Total Other Expense** | 128,717.29 |
| **Net Other Income** | -124,474.15 |
| **Net Income** | 1,951.19 |

2:23 PM

06/10/14

Accrual Basis

## Springfield Prairie Properties, LLC
## Profit & Loss
### February 2011

|  | Feb 11 |
|---|---|
| **Ordinary Income/Expense** |  |
| **Income** |  |
| Uncategorized Income | 301.00 |
| Parking Income | 1,103.00 |
| Rent Income | 263,615.73 |
| **Total Income** | 265,019.73 |
| **Expense** |  |
| Annual Report | 100.00 |
| Amortization Expense | 4,756.00 |
| Contract Labor | 2,910.00 |
| Depreciation Expense | 25,478.42 |
| Insurance | 4,555.18 |
| Janitor Service & Supplies | 13,364.15 |
| Management Fee | 11,808.33 |
| Parking | 102.00 |
| Property Taxes | 32,708.85 |
| **Repairs** |  |
| Elevator Maintenance | 2,659.31 |
| Building | 1,569.35 |
| Other | 960.08 |
| HVAC | 387.75 |
| Electrical | 6,266.92 |
| Contracted Services | 3,439.35 |
| Plumbing | 175.29 |
| **Total Repairs** | 15,458.05 |
| Telephone | 1,066.31 |
| **Utilities** |  |
| Gas and Electric | 10,945.46 |
| Water | 83.03 |
| **Total Utilities** | 11,028.49 |
| **Total Expense** | 123,335.78 |
| **Net Ordinary Income** | 141,683.95 |
| **Other Income/Expense** |  |
| **Other Expense** |  |
| Interest Expense | 231,201.18 |
| **Total Other Expense** | 231,201.18 |
| **Net Other Income** | -231,201.18 |
| **Net Income** | -89,517.23 |

2:23 PM

06/10/14

Accrual Basis

## Springfield Prairie Properties, LLC
## Profit & Loss
### March 2011

|  | Mar 11 |
|---|---|
| **Ordinary Income/Expense** | |
| **Income** | |
| Parking Income | 1,199.00 |
| Rent Income | 263,615.73 |
| **Total Income** | 264,814.73 |
| **Expense** | |
| Contributions/Political | 200.00 |
| Annual Report | 350.00 |
| Amortization Expense | 4,756.00 |
| Bank Service Charges | 7.71 |
| Contract Labor | 1,500.00 |
| Contributions | 100.00 |
| Depreciation Expense | 25,478.42 |
| Insurance | 4,555.18 |
| Janitor Service & Supplies | 13,494.29 |
| Management Fee | 11,808.33 |
| Parking | 123.50 |
| Property Taxes | 32,708.85 |
| **Repairs** | |
| Elevator Maintenance | 5,857.77 |
| Building | 2,603.85 |
| HVAC | 347.81 |
| Electrical | 2,281.15 |
| Contracted Services | 4,345.20 |
| **Total Repairs** | 15,435.78 |
| Supplies | 46.15 |
| Telephone | 909.01 |
| **Utilities** | |
| Gas and Electric | 5,907.14 |
| **Total Utilities** | 5,907.14 |
| **Total Expense** | 117,380.36 |
| **Net Ordinary Income** | 147,434.37 |
| **Other Income/Expense** | |
| **Other Expense** | |
| Interest Expense | 13,447.94 |
| **Total Other Expense** | 13,447.94 |
| **Net Other Income** | -13,447.94 |
| **Net Income** | 133,986.43 |

2:23 PM

06/10/14

Accrual Basis

# Springfield Prairie Properties, LLC
# Profit & Loss
## April 2011

|  | Apr 11 |
|---|---|
| **Ordinary Income/Expense** |  |
| **Income** |  |
| Parking Income | 1,148.00 |
| Rent Income | 263,615.73 |
| **Total Income** | 264,763.73 |
| **Expense** |  |
| Amortization Expense | 4,756.00 |
| Bank Service Charges | 13.43 |
| Contract Labor | 1,500.00 |
| Contributions | 1,500.00 |
| Depreciation Expense | 25,478.42 |
| Insurance | 4,555.18 |
| Janitor Service & Supplies | 13,862.74 |
| Management Fee | 11,808.33 |
| Parking | 102.00 |
| Property Taxes | 32,708.85 |
| **Repairs** |  |
| Elevator Maintenance | 5,385.33 |
| Building | 871.11 |
| Other | 825.69 |
| HVAC | 1,964.80 |
| Electrical | 3,077.15 |
| Contracted Services | 2,659.76 |
| Plumbing | 103.77 |
| **Total Repairs** | 14,887.61 |
| Telephone | 755.88 |
| **Utilities** |  |
| Gas and Electric | 4,221.42 |
| Water | 65.83 |
| **Total Utilities** | 4,287.25 |
| **Total Expense** | 116,215.69 |
| **Net Ordinary Income** | 148,548.04 |
| **Other Income/Expense** |  |
| **Other Expense** |  |
| Interest Expense | 128,289.67 |
| **Total Other Expense** | 128,289.67 |
| **Net Other Income** | -128,289.67 |
| **Net Income** | 20,258.37 |

2:23 PM

06/10/14

Accrual Basis

## Springfield Prairie Properties, LLC
## Profit & Loss
### May 2011

|  | May 11 |
|---|---|
| **Ordinary Income/Expense** |  |
| **Income** |  |
| Parking Income | 1,126.50 |
| Rent Income | 261,033.43 |
| **Total Income** | 262,159.93 |
| **Expense** |  |
| Accounting Fees | 1,100.00 |
| Amortization Expense | 4,756.00 |
| Bank Service Charges | 14.26 |
| Contract Labor | 1,500.00 |
| Depreciation Expense | 25,478.42 |
| Insurance | 4,555.18 |
| Janitor Service & Supplies | 13,134.41 |
| Management Fee | 11,808.33 |
| Office Supplies | 167.73 |
| Parking | 102.00 |
| Property Taxes | 32,708.85 |
| **Repairs** |  |
| Elevator Maintenance | 2,852.31 |
| Building | 1,031.15 |
| HVAC | 3,913.61 |
| Electrical | 5,542.47 |
| Contracted Services | 2,917.09 |
| **Total Repairs** | 16,256.63 |
| Telephone | 816.86 |
| **Utilities** |  |
| Gas and Electric | 3,099.60 |
| **Total Utilities** | 3,099.60 |
| **Total Expense** | 115,498.27 |
| **Net Ordinary Income** | 146,661.66 |
| **Other Income/Expense** |  |
| **Other Expense** |  |
| Interest Expense | 124,035.75 |
| **Total Other Expense** | 124,035.75 |
| **Net Other Income** | -124,035.75 |
| **Net Income** | 22,625.91 |

2:24 PM
06/10/14
Accrual Basis

**Springfield Prairie Properties, LLC**
**Profit & Loss**
June 2011

|  | Jun 11 |
|---|---|
| **Ordinary Income/Expense** | |
| **Income** | |
| Parking Income | 1,021.00 |
| Rent Income | 259,535.32 |
| **Total Income** | 260,556.32 |
| **Expense** | |
| Amortization Expense | 4,756.00 |
| Bank Service Charges | 43.44 |
| Contract Labor | 1,500.00 |
| Depreciation Expense | 25,478.42 |
| Dues and Subscriptions | 730.72 |
| Insurance | 4,555.18 |
| Janitor Service & Supplies | 12,969.38 |
| Management Fee | 22,653.33 |
| Parking | 102.00 |
| Property Taxes | 32,708.85 |
| **Repairs** | |
| Elevator Maintenance | 2,852.31 |
| HVAC | 5,063.54 |
| Electrical | 3,412.34 |
| Contracted Services | 2,754.51 |
| Plumbing | 165.97 |
| **Total Repairs** | 14,248.67 |
| Supplies | 181.08 |
| Telephone | 851.29 |
| **Utilities** | |
| Gas and Electric | 4,830.19 |
| Water | 70.06 |
| **Total Utilities** | 4,900.25 |
| **Total Expense** | 125,678.61 |
| **Net Ordinary Income** | 134,877.71 |
| **Other Income/Expense** | |
| **Other Income** | |
| Interest Income | -1,260.00 |
| **Total Other Income** | -1,260.00 |
| **Other Expense** | |
| Interest Expense | 128,025.40 |
| **Total Other Expense** | 128,025.40 |
| **Net Other Income** | -129,285.40 |
| **Net Income** | 5,592.31 |

2:24 PM

06/10/14

Accrual Basis

**Springfield Prairie Properties, LLC**
# Profit & Loss
## July 2011

|  | Jul 11 |
|---|---|
| **Ordinary Income/Expense** | |
| **Income** | |
| Parking Income | 1,452.00 |
| Rent Income | 263,227.12 |
| **Total Income** | 264,679.12 |
| **Expense** | |
| Contributions/Political | 450.00 |
| Amortization Expense | 4,756.00 |
| Bank Service Charges | 27.44 |
| Contract Labor | 1,500.00 |
| Depreciation Expense | 25,478.42 |
| Insurance | 4,555.18 |
| Janitor Service & Supplies | 12,909.94 |
| Management Fee | 11,808.33 |
| Parking | 102.00 |
| Property Taxes | 32,708.85 |
| **Repairs** | |
| Elevator Maintenance | 2,865.31 |
| Building | 691.50 |
| HVAC | 6,169.96 |
| Electrical | 3,050.40 |
| Contracted Services | 3,845.60 |
| Plumbing | 879.99 |
| **Total Repairs** | 17,502.76 |
| Supplies | 134.94 |
| Telephone | 1,002.14 |
| **Utilities** | |
| Gas and Electric | 6,653.56 |
| **Total Utilities** | 6,653.56 |
| **Total Expense** | 119,589.56 |
| **Net Ordinary Income** | 145,089.56 |
| **Other Income/Expense** | |
| **Other Expense** | |
| Interest Expense | 123,778.59 |
| **Total Other Expense** | 123,778.59 |
| **Net Other Income** | -123,778.59 |
| **Net Income** | 21,310.97 |

2:24 PM

06/10/14

Accrual Basis

## Springfield Prairie Properties, LLC
## Profit & Loss
### August 2011

|  | Aug 11 |
|---|---|
| **Ordinary Income/Expense** | |
| Income | |
| Parking Income | 1,150.00 |
| Rent Income | 263,227.12 |
| **Total Income** | 264,377.12 |
| | |
| Expense | |
| Amortization Expense | 4,756.00 |
| Bank Service Charges | 13.87 |
| Contract Labor | 1,500.00 |
| Depreciation Expense | 25,478.42 |
| Dues and Subscriptions | 150.00 |
| Insurance | 4,555.18 |
| Janitor Service & Supplies | 13,069.94 |
| Legal Fees | 3,818.60 |
| Management Fee | 11,808.33 |
| Parking | 102.00 |
| Property Taxes | 32,708.85 |
| Repairs | |
| Elevator Maintenance | 2,610.00 |
| Other | 75.00 |
| HVAC | 15,820.56 |
| Electrical | 2,903.79 |
| Contracted Services | 3,909.98 |
| **Total Repairs** | 25,319.33 |
| | |
| Supplies | 28.27 |
| Telephone | 945.08 |
| Utilities | |
| Gas and Electric | 2,742.62 |
| Water | 77.41 |
| **Total Utilities** | 2,820.03 |
| | |
| **Total Expense** | 127,073.90 |
| | |
| **Net Ordinary Income** | 137,303.22 |
| | |
| Other Income/Expense | |
| Other Expense | |
| Interest Expense | 127,758.24 |
| **Total Other Expense** | 127,758.24 |
| | |
| **Net Other Income** | -127,758.24 |
| | |
| **Net Income** | 9,544.98 |

Page 1

2:24 PM

06/10/14

Accrual Basis

**Springfield Prairie Properties, LLC**
**Profit & Loss**
September 2011

|  | Sep 11 |
|---|---|
| **Ordinary Income/Expense** | |
| **Income** | |
| Parking Income | 1,150.00 |
| Rent Income | 263,151.49 |
| **Total Income** | 264,301.49 |
| **Expense** | |
| Amortization Expense | 4,756.00 |
| Bank Service Charges | 13.86 |
| Contract Labor | 1,500.00 |
| Depreciation Expense | 25,478.42 |
| Insurance | 4,555.18 |
| Janitor Service & Supplies | 14,571.26 |
| Management Fee | 11,808.33 |
| Parking | 102.00 |
| Printing and Reproduction | 126.55 |
| Property Taxes | 32,708.85 |
| **Repairs** | |
| Elevator Maintenance | 5,951.77 |
| Building | 8,292.16 |
| HVAC | 8,235.54 |
| Electrical | 1,671.25 |
| Contracted Services | 7,056.14 |
| Plumbing | 124.66 |
| **Total Repairs** | 31,331.52 |
| Telephone | 944.46 |
| **Utilities** | |
| Gas and Electric | 4,266.41 |
| **Total Utilities** | 4,266.41 |
| **Total Expense** | 132,162.84 |
| **Net Ordinary Income** | 132,138.65 |
| **Other Income/Expense** | |
| **Other Income** | |
| Interest Income | 1,963.91 |
| **Total Other Income** | 1,963.91 |
| **Other Expense** | |
| Interest Expense | 127,635.91 |
| **Total Other Expense** | 127,635.91 |
| **Net Other Income** | -125,672.00 |
| **Net Income** | 6,466.65 |

Page 1

2:24 PM

06/10/14

Accrual Basis

## Springfield Prairie Properties, LLC
## Profit & Loss
### October 2011

|  | Oct 11 |
|---|---|
| **Ordinary Income/Expense** | |
| **Income** | |
| Parking Income | 1,150.00 |
| Rent Income | 263,177.12 |
| **Total Income** | 264,327.12 |
| **Expense** | |
| Amortization Expense | 4,756.00 |
| Contract Labor | 8,520.00 |
| Depreciation Expense | 25,478.42 |
| Insurance | 4,555.18 |
| Janitor Service & Supplies | 13,874.93 |
| Management Fee | 11,808.33 |
| Parking | 102.00 |
| Property Taxes | 32,708.85 |
| **Repairs** | |
| Elevator Maintenance | 4,518.16 |
| Building | 149.72 |
| HVAC | 3,561.77 |
| Electrical | 2,124.31 |
| Contracted Services | 15,556.95 |
| **Total Repairs** | 25,910.91 |
| Supplies | 14.03 |
| Telephone | 951.58 |
| **Utilities** | |
| Gas and Electric | 2,911.00 |
| Water | 64.20 |
| **Total Utilities** | 2,975.20 |
| **Total Expense** | 131,655.43 |
| **Net Ordinary Income** | 132,671.69 |
| **Other Income/Expense** | |
| **Other Income** | |
| Interest Income | 2,847.32 |
| **Total Other Income** | 2,847.32 |
| **Other Expense** | |
| Interest Expense | 123,399.60 |
| **Total Other Expense** | 123,399.60 |
| **Net Other Income** | -120,552.28 |
| **Net Income** | 12,119.41 |

2:24 PM
06/10/14
Accrual Basis

## Springfield Prairie Properties, LLC
## Profit & Loss
### November 2011

|  | Nov 11 |
|---|---|
| **Ordinary Income/Expense** |  |
| **Income** |  |
| Parking Income | 933.00 |
| Rent Income | 263,177.12 |
| **Total Income** | 264,110.12 |
| **Expense** |  |
| Amortization Expense | 4,756.00 |
| Contract Labor | 2,550.00 |
| Depreciation Expense | 25,478.42 |
| Insurance | 4,555.18 |
| Janitor Service & Supplies | 11,979.89 |
| Management Fee | 11,808.33 |
| Office Supplies | 139.33 |
| Parking | 102.00 |
| Property Taxes | 32,708.85 |
| **Repairs** |  |
| Elevator Maintenance | 4,836.23 |
| Building | 354.07 |
| HVAC | 3,015.66 |
| Electrical | 1,843.08 |
| Contracted Services | 6,275.96 |
| Plumbing | 581.01 |
| **Total Repairs** | 16,906.01 |
| Telephone | 975.61 |
| **Utilities** |  |
| Gas and Electric | 3,519.16 |
| **Total Utilities** | 3,519.16 |
| **Total Expense** | 115,478.78 |
| **Net Ordinary Income** | 148,631.34 |
| **Other Income/Expense** |  |
| **Other Expense** |  |
| Interest Expense | 127,364.54 |
| **Total Other Expense** | 127,364.54 |
| **Net Other Income** | -127,364.54 |
| **Net Income** | 21,266.80 |

2:25 PM
06/10/14
Accrual Basis

## Springfield Prairie Properties, LLC
## Profit & Loss
### December 2011

|  | Dec 11 |
|---|---:|
| **Ordinary Income/Expense** | |
| **Income** | |
| Parking Income | 1,195.00 |
| Rent Income | 244,076.79 |
| **Total Income** | 245,271.79 |
| **Expense** | |
| Amortization Expense | 4,756.00 |
| Bank Service Charges | 5.95 |
| Contract Labor | 3,420.00 |
| Depreciation Expense | 25,632.42 |
| Insurance | 4,555.18 |
| Janitor Service & Supplies | 15,721.27 |
| Legal Fees | 1,759.00 |
| Management Fee | 11,808.33 |
| Parking | 102.00 |
| Property Taxes | 436,616.15 |
| **Repairs** | |
| Elevator Maintenance | 2,923.45 |
| Building | 782.14 |
| Other | -57.00 |
| HVAC | 2,637.32 |
| Electrical | 1,956.84 |
| Contracted Services | 12,208.43 |
| Plumbing | 336.00 |
| **Total Repairs** | 20,787.18 |
| Telephone | 1,005.18 |
| **Utilities** | |
| Gas and Electric | 4,411.03 |
| Water | 104.64 |
| **Total Utilities** | 4,515.67 |
| **Total Expense** | 530,684.33 |
| **Net Ordinary Income** | -285,412.54 |
| **Other Income/Expense** | |
| **Other Income** | |
| Interest Income | 19,523.48 |
| **Total Other Income** | 19,523.48 |
| **Other Expense** | |
| Interest Expense | 123,135.53 |
| **Total Other Expense** | 123,135.53 |
| **Net Other Income** | -103,612.05 |
| **Net Income** | -389,024.59 |

2:25 PM

06/10/14

Accrual Basis

## Springfield Prairie Properties, LLC
## Profit & Loss
### January 2012

|  | Jan 12 |
|---|---|
| **Ordinary Income/Expense** | |
| **Income** | |
| Parking Income | 1,024.00 |
| Rent Income | 251,454.92 |
| **Total Income** | 252,478.92 |
| **Expense** | |
| Consulting Fees | 7,017.12 |
| Amortization Expense | 4,756.00 |
| Bank Service Charges | 6.94 |
| Contract Labor | 3,030.00 |
| Depreciation Expense | 24,627.25 |
| Insurance | 4,620.10 |
| Janitor Service & Supplies | 12,031.49 |
| Management Fee | 11,808.33 |
| Parking | 102.00 |
| Property Taxes | 39,259.71 |
| **Repairs** | |
| Elevator Maintenance | 2,969.93 |
| Building | 8,048.43 |
| HVAC | 7,288.40 |
| Electrical | 2,599.54 |
| Contracted Services | 4,846.52 |
| Plumbing | 1,478.96 |
| **Total Repairs** | 27,231.78 |
| Supplies | 11.34 |
| Telephone | 996.52 |
| **Utilities** | |
| Gas and Electric | 5,455.28 |
| Water | 99.91 |
| **Total Utilities** | 5,555.19 |
| **Total Expense** | 141,053.77 |
| **Net Ordinary Income** | 111,425.15 |
| **Other Income/Expense** | |
| **Other Income** | |
| Interest Income | 21,785.97 |
| **Total Other Income** | 21,785.97 |
| **Other Expense** | |
| Interest Expense | 127,090.22 |
| **Total Other Expense** | 127,090.22 |
| **Net Other Income** | -105,304.25 |
| **Net Income** | 6,120.90 |

2:25 PM

06/10/14

Accrual Basis

## Springfield Prairie Properties, LLC
## Profit & Loss
### February 2012

|  | Feb 12 |
|---|---|
| **Ordinary Income/Expense** | |
| **Income** | |
| Parking Income | 3,699.00 |
| Rent Income | 250,551.18 |
| **Total Income** | 254,250.18 |
| **Expense** | |
| Annual Report | 700.00 |
| Consulting Fees | 3,820.00 |
| Amortization Expense | 4,756.00 |
| Bank Service Charges | 59.51 |
| Contract Labor | 2,940.00 |
| Contributions | 1,500.00 |
| Depreciation Expense | 24,627.25 |
| Insurance | 4,620.10 |
| Janitor Service & Supplies | 14,392.66 |
| Management Fee | 11,808.33 |
| Parking | 102.00 |
| Property Taxes | 39,259.71 |
| **Repairs** | |
| Elevator Maintenance | 3,344.93 |
| Water Damage 05/2010 | 0.00 |
| Building | 3,909.59 |
| HVAC | 2,408.20 |
| Electrical | 7,061.52 |
| Contracted Services | 3,490.49 |
| Plumbing | 11.62 |
| **Total Repairs** | 20,226.35 |
| Supplies | 10.36 |
| Telephone | 1,000.56 |
| **Utilities** | |
| Gas and Electric | 3,308.61 |
| Water | 95.00 |
| **Total Utilities** | 3,403.61 |
| **Total Expense** | 133,226.44 |
| **Net Ordinary Income** | 121,023.74 |
| **Other Income/Expense** | |
| **Other Expense** | |
| Interest Expense | 126,964.22 |
| **Total Other Expense** | 126,964.22 |
| **Net Other Income** | -126,964.22 |
| **Net Income** | -5,940.48 |

2:25 PM

06/10/14

Accrual Basis

## Springfield Prairie Properties, LLC
## Profit & Loss
### March 2012

|                                | Mar 12      |
| ------------------------------ | ----------: |
| **Ordinary Income/Expense**    |             |
| **Income**                     |             |
| Parking Income                 | 4,526.00    |
| Rent Income                    | 234,259.69  |
| **Total Income**               | 238,785.69  |
|                                |             |
| **Expense**                    |             |
| Consulting Fees                | 2,330.00    |
| Amortization Expense           | 4,756.00    |
| Bank Service Charges           | 7.05        |
| Contract Labor                 | 1,920.00    |
| Depreciation Expense           | 24,627.25   |
| Insurance                      | 42,184.54   |
| Janitor Service & Supplies     | 5,276.67    |
| Management Fee                 | 11,808.33   |
| Office Supplies                | 147.45      |
| Parking                        | 102.00      |
| Property Taxes                 | -58,270.59  |
| **Repairs**                    |             |
| Elevator Maintenance           | 6,157.25    |
| Building                       | 2,072.07    |
| HVAC                           | 4,993.17    |
| Electrical                     | 1,488.69    |
| Contracted Services            | 6,743.40    |
| Plumbing                       | 701.17      |
| **Total Repairs**              | 22,155.75   |
|                                |             |
| Supplies                       | 11.87       |
| Telephone                      | 654.69      |
| **Utilities**                  |             |
| Gas and Electric               | 5,310.04    |
| Water                          | 714.12      |
| **Total Utilities**            | 6,024.16    |
|                                |             |
| **Total Expense**              | 63,735.17   |
|                                |             |
| **Net Ordinary Income**        | 175,050.52  |
|                                |             |
| **Other Income/Expense**       |             |
| **Other Expense**              |             |
| Interest Expense               | 118,654.46  |
| **Total Other Expense**        | 118,654.46  |
|                                |             |
| **Net Other Income**           | -118,654.46 |
|                                |             |
| **Net Income**                 | 56,396.06   |

2:26 PM

06/10/14

Accrual Basis

## Springfield Prairie Properties, LLC
## Profit & Loss
### April 2012

|  | Apr 12 |
|---|---|
| **Ordinary Income/Expense** | |
| **Income** | |
| Parking Income | 4,333.00 |
| Rent Income | 230,374.57 |
| **Total Income** | 234,707.57 |
| **Expense** | |
| Accounting Fees | 0.00 |
| Amortization Expense | 4,756.00 |
| Bank Service Charges | 7.20 |
| Contract Labor | 6,350.00 |
| Contributions | 100.00 |
| Depreciation Expense | 24,627.25 |
| Insurance | 4,620.10 |
| Janitor Service & Supplies | 6,399.53 |
| Management Fee | 11,808.33 |
| Parking | 102.00 |
| Property Taxes | 39,259.71 |
| **Repairs** | |
| Elevator Maintenance | 4,484.50 |
| Building | 21,533.63 |
| HVAC | 10,201.43 |
| Electrical | 9,076.72 |
| Contracted Services | 2,461.99 |
| Plumbing | 105.00 |
| **Total Repairs** | 47,863.27 |
| Supplies | 1.51 |
| Telephone | -2,986.92 |
| **Utilities** | |
| Other | 33.36 |
| Gas and Electric | 13,176.48 |
| Water | 866.92 |
| **Total Utilities** | 14,076.76 |
| **Total Expense** | 156,984.74 |
| **Net Ordinary Income** | 77,722.83 |
| **Other Income/Expense** | |
| **Other Expense** | |
| Interest Expense | 126,660.95 |
| **Total Other Expense** | 126,660.95 |
| **Net Other Income** | -126,660.95 |
| **Net Income** | -48,938.12 |

Page 1

2:26 PM

06/10/14

Accrual Basis

**Springfield Prairie Properties, LLC**
# Profit & Loss
### May 2012

|  | May 12 |
|---|---|
| **Ordinary Income/Expense** | |
| **Income** | |
| Parking Income | 4,327.00 |
| Rent Income | 226,489.45 |
| **Total Income** | 230,816.45 |
| **Expense** | |
| Amortization Expense | 4,756.00 |
| Bank Service Charges | 1.13 |
| Contract Labor | 3,030.00 |
| Depreciation Expense | 24,627.25 |
| Insurance | 4,620.10 |
| Janitor Service & Supplies | 4,926.09 |
| Management Fee | 11,808.33 |
| Parking | 137.00 |
| Property Taxes | 39,259.71 |
| **Repairs** | |
| Elevator Maintenance | 3,305.34 |
| Building | 6,660.91 |
| HVAC | 15,471.65 |
| Electrical | 17,760.28 |
| Contracted Services | 3,562.97 |
| **Total Repairs** | 46,761.15 |
| Telephone | 653.19 |
| **Utilities** | |
| Other | 33.36 |
| Gas and Electric | 12,999.25 |
| Water | 14.38 |
| **Total Utilities** | 13,046.99 |
| **Total Expense** | 153,626.94 |
| **Net Ordinary Income** | 77,189.51 |
| **Other Income/Expense** | |
| **Other Expense** | |
| Interest Expense | 122,450.88 |
| **Total Other Expense** | 122,450.88 |
| **Net Other Income** | -122,450.88 |
| **Net Income** | -45,261.37 |

2:26 PM
06/10/14
Accrual Basis

**Springfield Prairie Properties, LLC**
**Profit & Loss**
June 2012

|                                    | Jun 12       |
|------------------------------------|-------------:|
| **Ordinary Income/Expense**        |              |
| **Income**                         |              |
| Parking Income                     | 3,909.00     |
| Rent Income                        | 230,374.57   |
| **Total Income**                   | 234,283.57   |
|                                    |              |
| **Expense**                        |              |
| Accounting Fees                    | 1,150.00     |
| Amortization Expense               | 4,756.00     |
| Contract Labor                     | 2,910.00     |
| Depreciation Expense               | 24,627.25    |
| Dues and Subscriptions             | 730.72       |
| Insurance                          | 4,620.10     |
| Janitor Service & Supplies         | 5,341.71     |
| Management Fee                     | 11,808.33    |
| Parking                            | 204.00       |
| Property Taxes                     | 39,259.71    |
| **Repairs**                        |              |
| Elevator Maintenance               | 3,131.28     |
| Building                           | 3,613.84     |
| HVAC                               | 14,812.31    |
| Electrical                         | 3,363.10     |
| Contracted Services                | 5,348.51     |
| Plumbing                           | 945.00       |
| **Total Repairs**                  | 31,214.04    |
|                                    |              |
| Telephone                          | 654.17       |
| **Utilities**                      |              |
| Other                              | 66.72        |
| Gas and Electric                   | 24,228.26    |
| Water                              | 898.39       |
| **Total Utilities**                | 25,193.37    |
|                                    |              |
| **Total Expense**                  | 152,469.40   |
|                                    |              |
| **Net Ordinary Income**            | 81,814.17    |
|                                    |              |
| **Other Income/Expense**           |              |
| **Other Expense**                  |              |
| Interest Expense                   | 126,378.95   |
| **Total Other Expense**            | 126,378.95   |
|                                    |              |
| **Net Other Income**               | -126,378.95  |
|                                    |              |
| **Net Income**                     | -44,564.78   |

2:26 PM

06/10/14

Accrual Basis

**Springfield Prairie Properties, LLC**
**Profit & Loss**
July 2012

|  | Jul 12 |
|---|---|
| **Ordinary Income/Expense** | |
| **Income** | |
| Parking Income | 3,986.00 |
| Rent Income | 230,374.57 |
| **Total Income** | 234,360.57 |
| **Expense** | |
| Political Contribution | 250.00 |
| Amortization Expense | 4,756.00 |
| Contract Labor | 3,450.00 |
| Depreciation Expense | 24,627.25 |
| Insurance | 4,620.10 |
| Janitor Service & Supplies | 5,051.87 |
| Management Fee | 11,808.33 |
| Property Taxes | 39,259.71 |
| **Repairs** | |
| Elevator Maintenance | 3,623.39 |
| Building | 1,176.24 |
| HVAC | 11,998.24 |
| Electrical | 1,487.42 |
| Contracted Services | 4,996.51 |
| Plumbing | 1,460.92 |
| **Total Repairs** | 24,742.72 |
| Telephone | 693.05 |
| **Utilities** | |
| Other | 66.72 |
| Gas and Electric | 6,000.95 |
| Water | 1,265.91 |
| **Total Utilities** | 7,333.58 |
| **Total Expense** | 126,592.61 |
| **Net Ordinary Income** | 107,767.96 |
| **Other Income/Expense** | |
| **Other Expense** | |
| Interest Expense | 122,176.47 |
| **Total Other Expense** | 122,176.47 |
| **Net Other Income** | -122,176.47 |
| **Net Income** | -14,408.51 |

2:26 PM

06/10/14

Accrual Basis

**Springfield Prairie Properties, LLC**
**Profit & Loss**
August 2012

|  | Aug 12 |
|---|---|
| **Ordinary Income/Expense** | |
| **Income** | |
| Parking Income | 4,189.00 |
| Rent Income | 233,425.97 |
| **Total Income** | 237,614.97 |
| **Expense** | |
| Amortization Expense | 4,756.00 |
| Bank Service Charges | 20,030.79 |
| Contract Labor | 2,460.00 |
| Depreciation Expense | 24,627.25 |
| Insurance | 4,620.10 |
| Janitor Service & Supplies | 4,670.81 |
| Management Fee | 11,808.33 |
| Parking | 102.00 |
| Property Taxes | 39,259.71 |
| **Repairs** | |
| Elevator Maintenance | 4,269.83 |
| Building | 8,310.24 |
| HVAC | 6,732.81 |
| Electrical | 948.54 |
| Contracted Services | 5,386.00 |
| Plumbing | 466.20 |
| **Total Repairs** | 26,113.62 |
| Telephone | 686.46 |
| **Utilities** | |
| Other | 33.36 |
| Gas and Electric | 15,380.40 |
| Water | 463.28 |
| **Total Utilities** | 15,877.04 |
| **Total Expense** | 155,012.11 |
| **Net Ordinary Income** | 82,602.86 |
| **Other Income/Expense** | |
| **Other Expense** | |
| Interest Expense | 126,093.87 |
| **Total Other Expense** | 126,093.87 |
| **Net Other Income** | -126,093.87 |
| **Net Income** | -43,491.01 |

2:27 PM

06/10/14

Accrual Basis

## Springfield Prairie Properties, LLC
## Profit & Loss
### September 2012

|  | Sep 12 |
|---|---|
| **Ordinary Income/Expense** | |
| **Income** | |
| Parking Income | 4,122.00 |
| Rent Income | 232,137.77 |
| **Total Income** | 236,259.77 |
| **Expense** | |
| Amortization Expense | 4,756.00 |
| Contract Labor | 2,310.00 |
| Depreciation Expense | 24,627.25 |
| Insurance | 4,320.10 |
| Janitor Service & Supplies | 6,620.10 |
| Management Fee | 11,808.33 |
| Parking | 102.00 |
| Property Taxes | 39,259.71 |
| **Repairs** | |
| Elevator Maintenance | 6,383.91 |
| Building | 4,687.33 |
| HVAC | 8,391.52 |
| Electrical | 11,264.35 |
| Contracted Services | 2,967.73 |
| Plumbing | 799.27 |
| **Total Repairs** | 34,494.11 |
| Supplies | 367.65 |
| Telephone | 692.38 |
| **Utilities** | |
| Other | 66.72 |
| Gas and Electric | 12,510.60 |
| Water | 1,085.77 |
| **Total Utilities** | 13,663.09 |
| **Total Expense** | 143,020.72 |
| **Net Ordinary Income** | 93,239.05 |
| **Other Income/Expense** | |
| **Other Expense** | |
| Interest Expense | 125,962.36 |
| **Total Other Expense** | 125,962.36 |
| **Net Other Income** | -125,962.36 |
| **Net Income** | -32,723.31 |

Page 1

2:27 PM

06/10/14

Accrual Basis

**Springfield Prairie Properties, LLC**
# Profit & Loss
October 2012

|  | Oct 12 |
|---|---|
| **Ordinary Income/Expense** | |
| **Income** | |
| Uncategorized Income | 2,478.86 |
| Parking Income | 4,168.00 |
| Rent Income | 232,137.77 |
| **Total Income** | 238,784.63 |
| **Expense** | |
| Amortization Expense | 4,756.00 |
| Bank Service Charges | 68.47 |
| Contract Labor | 2,235.00 |
| Depreciation Expense | 24,627.25 |
| Insurance | 4,620.10 |
| Janitor Service & Supplies | 4,462.89 |
| Management Fee | 11,808.33 |
| Parking | 102.00 |
| Property Taxes | 39,259.71 |
| **Repairs** | |
| Elevator Maintenance | 4,460.43 |
| Building | 3,970.47 |
| HVAC | 22,701.18 |
| Electrical | 1,493.29 |
| Contracted Services | 11,187.60 |
| Plumbing | 630.00 |
| **Total Repairs** | 44,442.97 |
| Supplies | 2.16 |
| Telephone | 694.60 |
| **Utilities** | |
| Other | 33.36 |
| Gas and Electric | 9,417.12 |
| Water | 1,131.70 |
| **Total Utilities** | 10,582.18 |
| **Total Expense** | 147,661.66 |
| **Net Ordinary Income** | 91,122.97 |
| **Other Income/Expense** | |
| **Other Expense** | |
| Interest Expense | 121,771.10 |
| **Total Other Expense** | 121,771.10 |
| **Net Other Income** | -121,771.10 |
| **Net Income** | -30,648.13 |

2:27 PM
06/10/14
Accrual Basis

## Springfield Prairie Properties, LLC
## Profit & Loss
### November 2012

|  | Nov 12 |
|---|---:|
| **Ordinary Income/Expense** | |
| **Income** | |
| Parking Income | 4,144.00 |
| Rent Income | 232,137.77 |
| **Total Income** | 236,281.77 |
| **Expense** | |
| Amortization Expense | 4,756.00 |
| Bank Service Charges | 1,141.18 |
| Contract Labor | 2,550.00 |
| Depreciation Expense | 24,627.25 |
| Insurance | 4,620.10 |
| Janitor Service & Supplies | 5,612.66 |
| Management Fee | 11,808.33 |
| Parking | 102.00 |
| Property Taxes | 39,259.71 |
| **Repairs** | |
| Elevator Maintenance | 4,672.63 |
| Building | 1,540.00 |
| HVAC | 4,055.36 |
| Electrical | 1,764.40 |
| Contracted Services | 3,053.65 |
| Plumbing | 423.73 |
| **Total Repairs** | 15,509.77 |
| Supplies | 18.34 |
| Telephone | 693.54 |
| **Utilities** | |
| Other | 66.72 |
| Gas and Electric | 10,809.99 |
| Water | 871.54 |
| **Total Utilities** | 11,748.25 |
| **Total Expense** | 122,447.13 |
| **Net Ordinary Income** | 113,834.64 |
| **Other Income/Expense** | |
| **Other Expense** | |
| Loan Late Fee | 8,942.38 |
| Interest Expense | 125,672.77 |
| **Total Other Expense** | 134,615.15 |
| **Net Other Income** | -134,615.15 |
| **Net Income** | -20,780.51 |

2:27 PM

06/10/14

Accrual Basis

**Springfield Prairie Properties, LLC**
# Profit & Loss
## December 2012

|  | Dec 12 |
|---|---|
| **Ordinary Income/Expense** | |
| **Income** | |
| Uncategorized Income | 12.46 |
| Parking Income | 4,098.00 |
| Rent Income | 232,137.77 |
| **Total Income** | 236,248.23 |
| **Expense** | |
| Amortization Expense | 4,756.00 |
| Bank Service Charges | 12.72 |
| Contract Labor | 2,535.00 |
| Depreciation Expense | 40,226.25 |
| Insurance | 5,339.55 |
| Janitor Service & Supplies | 4,995.42 |
| Management Fee | 11,808.33 |
| Parking | 102.00 |
| Property Taxes | 39,259.71 |
| **Repairs** | |
| Elevator Maintenance | 3,072.63 |
| Building | 356.00 |
| HVAC | 15,474.91 |
| Electrical | 2,828.51 |
| Contracted Services | 3,901.30 |
| Plumbing | 728.96 |
| **Total Repairs** | 26,362.31 |
| Telephone | 700.00 |
| **Utilities** | |
| Other | 33.36 |
| Gas and Electric | 10,609.10 |
| Water | 1,017.51 |
| **Total Utilities** | 11,659.97 |
| **Other Expenses** | 29.37 |
| **Total Expense** | 147,786.63 |
| **Net Ordinary Income** | 88,461.60 |
| **Other Income/Expense** | |
| **Other Expense** | |
| Loan Late Fee | 9,181.93 |
| Interest Expense | 121,489.31 |
| **Total Other Expense** | 130,671.24 |
| **Net Other Income** | -130,671.24 |
| **Net Income** | -42,209.64 |

2:27 PM
06/10/14
Accrual Basis

# Springfield Prairie Properties, LLC
## Profit & Loss
### January 2013

|  | Jan 13 |
|---|---:|
| **Ordinary Income/Expense** | |
| **Income** | |
| Parking Income | 4,287.50 |
| Rent Income | 223,631.52 |
| **Total Income** | 227,919.02 |
| **Expense** | |
| Annual Report | 350.00 |
| Amortization Expense | 4,756.00 |
| Bank Service Charges | 15.03 |
| Contract Labor | 6,023.62 |
| Contributions | 1,500.00 |
| Depreciation Expense | 24,627.25 |
| Insurance | 5,339.55 |
| Janitor Service & Supplies | 6,101.94 |
| Management Fee | 11,808.33 |
| Office Supplies | 0.75 |
| Parking | 102.00 |
| Property Taxes | 39,259.71 |
| **Repairs** | |
| Elevator Maintenance | 3,284.52 |
| Building | 3,228.34 |
| HVAC | 10,565.30 |
| Electrical | 7,421.58 |
| Contracted Services | 5,603.99 |
| Plumbing | 2,484.63 |
| **Total Repairs** | 32,588.36 |
| Telephone | 779.22 |
| **Utilities** | |
| Other | 66.72 |
| Gas and Electric | 12,300.12 |
| Water | 968.98 |
| **Total Utilities** | 13,335.82 |
| **Other Expenses** | 0.00 |
| **Total Expense** | 146,587.58 |
| **Net Ordinary Income** | 81,331.44 |
| **Other Income/Expense** | |
| **Other Expense** | |
| Loan Late Fee | 9,686.39 |
| Interest Expense | 124,907.56 |
| **Total Other Expense** | 134,593.95 |
| **Net Other Income** | -134,593.95 |
| **Net Income** | -53,262.51 |

2:28 PM
06/10/14
Accrual Basis

## Springfield Prairie Properties, LLC
## Profit & Loss
### February 2013

|  | Feb 13 |
|---|---|
| **Ordinary Income/Expense** | |
| **Income** | |
| Parking Income | 4,574.00 |
| Rent Income | 223,631.52 |
| **Total Income** | 228,205.52 |
| **Expense** | |
| Annual Report | 350.00 |
| Amortization Expense | 4,756.00 |
| Bank Service Charges | 21.10 |
| Contract Labor | 2,715.00 |
| Depreciation Expense | 24,627.25 |
| Insurance | 5,339.55 |
| Janitor Service & Supplies | 6,592.09 |
| Management Fee | 11,808.33 |
| Property Taxes | 39,259.71 |
| **Repairs** | |
| Elevator Maintenance | 3,446.16 |
| Building | 8,180.53 |
| HVAC | 6,299.84 |
| Electrical | 4,476.68 |
| Contracted Services | 2,641.19 |
| Plumbing | 2,194.26 |
| **Total Repairs** | 27,238.66 |
| Supplies | 33.24 |
| Telephone | 757.20 |
| **Utilities** | |
| Other | 66.72 |
| Gas and Electric | 10,657.03 |
| Water | 1,189.35 |
| **Total Utilities** | 11,913.10 |
| **Other Expenses** | 14.35 |
| **Total Expense** | 135,425.58 |
| **Net Ordinary Income** | 92,779.94 |
| **Other Income/Expense** | |
| **Other Expense** | |
| Loan Late Fee | 9,686.39 |
| Interest Expense | 121,489.31 |
| **Total Other Expense** | 131,175.70 |
| **Net Other Income** | -131,175.70 |
| **Net Income** | -38,395.76 |

2:29 PM
06/10/14
Accrual Basis

## Springfield Prairie Properties, LLC
## Profit & Loss
### March 2013

|  | Mar 13 |
|---|---|
| **Ordinary Income/Expense** |  |
| **Income** |  |
| Parking Income | 4,377.00 |
| Rent Income | 237,839.85 |
| **Total Income** | 242,216.85 |
| **Expense** |  |
| Amortization Expense | 4,756.00 |
| Bank Service Charges | 24.54 |
| Contract Labor | 2,385.00 |
| Depreciation Expense | 24,627.25 |
| Insurance | 5,339.55 |
| Janitor Service & Supplies | 5,887.79 |
| Legal Fees | 687.50 |
| Management Fee | 11,808.33 |
| Office Supplies | 160.07 |
| Parking | 366.06 |
| Property Taxes | 39,259.71 |
| **Repairs** |  |
| Elevator Maintenance | 6,230.07 |
| Building | 5,791.40 |
| Other | 400.00 |
| HVAC | 1,787.02 |
| Electrical | 6,069.86 |
| Contracted Services | 4,998.05 |
| Plumbing | 997.08 |
| **Total Repairs** | 26,273.48 |
| Telephone | 757.99 |
| **Utilities** |  |
| Other | 33.36 |
| Gas and Electric | -45,509.52 |
| Water | 409.58 |
| **Total Utilities** | -45,066.58 |
| **Other Expenses** | -0.75 |
| **Total Expense** | 77,265.94 |
| **Net Ordinary Income** | 164,950.91 |
| **Other Income/Expense** |  |
| **Other Expense** |  |
| **Loan Late Fee** |  |
| Advances - Berkadia | 7,407.50 |
| Loan Late Fee - Other | 16,516.98 |
| **Total Loan Late Fee** | 23,924.48 |
| **Interest Expense** |  |
| Default Interest - Berkadia | 452,310.82 |
| Default Interest - Wells Fargo | 29,272.96 |
| Interest Expense - Other | 121,489.31 |
| **Total Interest Expense** | 603,073.09 |
| **Total Other Expense** | 626,997.57 |
| **Net Other Income** | -626,997.57 |
| **Net Income** | -462,046.66 |

2:29 PM
06/10/14
Accrual Basis

## Springfield Prairie Properties, LLC
## Profit & Loss
### April 2013

|  | Apr 13 |
|---|---|
| **Ordinary Income/Expense** | |
| **Income** | |
| Parking Income | 5,109.00 |
| Rent Income | 195,298.98 |
| **Total Income** | 200,407.98 |
| **Expense** | |
| Amortization Expense | 4,756.00 |
| Bank Service Charges | 40.82 |
| Contract Labor | 2,820.00 |
| Contributions | 100.00 |
| Depreciation Expense | 24,627.25 |
| Insurance | 5,339.55 |
| Janitor Service & Supplies | 5,873.88 |
| Legal Fees | 15,000.00 |
| Management Fee | 11,808.33 |
| Parking | 102.00 |
| Printing and Reproduction | 155.10 |
| Property Taxes | 39,259.71 |
| **Repairs** | |
| Elevator Maintenance | 5,540.21 |
| Building | 1,691.66 |
| HVAC | 2,310.08 |
| Electrical | 7,006.84 |
| Contracted Services | 2,462.83 |
| Plumbing | 1,903.96 |
| **Total Repairs** | 20,915.58 |
| Telephone | 723.79 |
| **Utilities** | |
| Other | 66.72 |
| Gas and Electric | 3,724.40 |
| Water | 1,248.42 |
| **Total Utilities** | 5,039.54 |
| **Total Expense** | 136,561.55 |
| **Net Ordinary Income** | 63,846.43 |
| **Other Income/Expense** | |
| **Other Expense** | |
| Loan Late Fee | 9,686.39 |
| **Interest Expense** | |
| Default Interest - Berkadia | 85,341.66 |
| Default Interest - Wells Fargo | 5,854.59 |
| Interest Expense - Other | 121,489.31 |
| **Total Interest Expense** | 212,685.56 |
| **Total Other Expense** | 222,371.95 |
| **Net Other Income** | -222,371.95 |
| **Net Income** | -158,525.52 |

2:30 PM

06/10/14

Accrual Basis

## Springfield Prairie Properties, LLC
## Profit & Loss
### May 2013

|  | May 13 |
|---|---|
| **Ordinary Income/Expense** | |
| **Income** | |
| Parking Income | 5,139.50 |
| Rent Income | 214,206.27 |
| **Total Income** | 219,345.77 |
| **Expense** | |
| Amortization Expense | 4,756.00 |
| Bank Service Charges | 21.35 |
| Contract Labor | 2,100.00 |
| Depreciation Expense | 24,627.25 |
| Insurance | 5,339.55 |
| Janitor Service & Supplies | 5,330.07 |
| Legal Fees | 17,369.13 |
| Management Fee | 11,808.33 |
| Parking | 201.00 |
| Property Taxes | 39,259.71 |
| **Repairs** | |
| Elevator Maintenance | 3,392.75 |
| Building | 5,520.82 |
| HVAC | 3,687.29 |
| Electrical | 1,349.02 |
| Contracted Services | 3,237.89 |
| Plumbing | 560.00 |
| **Total Repairs** | 17,747.77 |
| Supplies | 55.69 |
| Telephone | 1,205.76 |
| **Utilities** | |
| Other | 100.08 |
| Gas and Electric | 28,071.93 |
| Water | 2,072.04 |
| **Total Utilities** | 30,244.05 |
| **Total Expense** | 160,065.66 |
| **Net Ordinary Income** | 59,280.11 |
| **Other Income/Expense** | |
| **Other Expense** | |
| Loan Late Fee | 9,686.39 |
| **Interest Expense** | |
| Default Interest - Berkadia | 85,341.66 |
| Default Interest - Wells Fargo | 5,854.59 |
| Interest Expense - Other | 121,489.31 |
| **Total Interest Expense** | 212,685.56 |
| **Total Other Expense** | 222,371.95 |
| **Net Other Income** | -222,371.95 |
| **Net Income** | -163,091.84 |

3:26 PM

06/10/14

Accrual Basis

## Springfield Prairie Properties, LLC
## Profit & Loss
### June 2013

|  | Jun 13 |
|---|---|
| **Ordinary Income/Expense** | |
| **Income** | |
| Parking Income | 5,139.50 |
| Rent Income | 161,532.79 |
| **Total Income** | 166,672.29 |
| **Expense** | |
| Accounting Fees | 2,205.00 |
| Amortization Expense | 4,756.00 |
| Bank Service Charges | 8.14 |
| Contract Labor | 2,940.00 |
| Depreciation Expense | 24,627.25 |
| Dues and Subscriptions | 730.72 |
| Insurance | 5,339.55 |
| Janitor Service & Supplies | 7,340.18 |
| Legal Fees | 1,817.75 |
| Management Fee | 11,808.33 |
| Property Taxes | 39,259.71 |
| **Repairs** | |
| Elevator Maintenance | 8,929.67 |
| Building | 3,469.99 |
| HVAC | 91,095.19 |
| Electrical | 2,082.14 |
| Contracted Services | 3,330.58 |
| Plumbing | 2,175.00 |
| **Total Repairs** | 111,082.57 |
| Supplies | 20.92 |
| Telephone | 1,017.32 |
| **Utilities** | |
| Other | 100.08 |
| Gas and Electric | 10,802.94 |
| Water | 2,022.63 |
| **Total Utilities** | 12,925.65 |
| **Total Expense** | 225,879.09 |
| **Net Ordinary Income** | -59,206.80 |
| **Other Income/Expense** | |
| **Other Income** | |
| Interest Income | 2,610.91 |
| **Total Other Income** | 2,610.91 |
| **Other Expense** | |
| Loan Late Fee | 9,686.39 |
| **Interest Expense** | |
| Default Interest - Berkadia | 85,341.66 |
| Default Interest - Wells Fargo | 5,854.59 |
| Interest Expense - Other | 121,489.31 |
| **Total Interest Expense** | 212,685.56 |
| **Total Other Expense** | 222,371.95 |
| **Net Other Income** | -219,761.04 |
| **Net Income** | -278,967.84 |

3:26 PM

06/10/14

Accrual Basis

**Springfield Prairie Properties, LLC**
**Profit & Loss**
July 2013

|  | Jul 13 |
|---|---|
| **Ordinary Income/Expense** | |
| **Income** | |
| Parking Income | 5,161.50 |
| Rent Income | 216,735.15 |
| **Total Income** | 221,896.65 |
| **Expense** | |
| Amortization Expense | 4,756.00 |
| Bank Service Charges | 11.00 |
| Contract Labor | 3,390.00 |
| Depreciation Expense | 24,627.25 |
| Insurance | 5,339.55 |
| Janitor Service & Supplies | 6,725.96 |
| Legal Fees | 18,436.00 |
| Management Fee | 11,808.33 |
| Parking | 204.00 |
| Property Taxes | 39,259.71 |
| **Repairs** | |
| Elevator Maintenance | 3,508.44 |
| Building | 4,676.04 |
| HVAC | 4,468.03 |
| Electrical | 1,185.61 |
| Contracted Services | 5,156.10 |
| Plumbing | 1,957.00 |
| **Total Repairs** | 20,951.22 |
| Supplies | 4.32 |
| Telephone | 1,116.36 |
| **Utilities** | |
| Other | 66.72 |
| Gas and Electric | 15,263.52 |
| Water | 2,100.57 |
| **Total Utilities** | 17,430.81 |
| **Total Expense** | 154,060.51 |
| **Net Ordinary Income** | 67,836.14 |
| **Other Income/Expense** | |
| **Other Income** | |
| Interest Income | 5.71 |
| **Total Other Income** | 5.71 |
| **Net Other Income** | 5.71 |
| **Net Income** | 67,841.85 |

3:26 PM
06/10/14
Accrual Basis

# Springfield Prairie Properties, LLC
## Profit & Loss
### August 2013

| | Aug 13 |
|---|---|
| **Ordinary Income/Expense** | |
| **Income** | |
| Parking Income | 5,111.00 |
| Rent Income | 216,532.79 |
| **Total Income** | 221,643.79 |
| | |
| **Expense** | |
| Amortization Expense | 4,756.00 |
| Bank Service Charges | 46.77 |
| Contract Labor | 1,980.00 |
| Depreciation Expense | 24,627.25 |
| Insurance | 5,339.55 |
| Janitor Service & Supplies | 6,065.52 |
| Legal Fees | 12,443.12 |
| Management Fee | 11,808.33 |
| Parking | 152.00 |
| Property Taxes | 39,259.71 |
| **Repairs** | |
| Elevator Maintenance | 3,852.77 |
| Building | 5,955.78 |
| HVAC | 8,372.29 |
| Electrical | 1,671.48 |
| Contracted Services | 2,797.72 |
| Plumbing | 600.00 |
| **Total Repairs** | 23,250.04 |
| | |
| Supplies | 58.79 |
| Telephone | 1,132.73 |
| **Utilities** | |
| Other | 100.08 |
| Gas and Electric | 15,742.65 |
| Water | 2,054.88 |
| **Total Utilities** | 17,897.61 |
| | |
| **Total Expense** | 148,817.42 |
| | |
| **Net Ordinary Income** | 72,826.37 |
| **Other Income/Expense** | |
| **Other Income** | |
| Interest Income | 2,094.47 |
| **Total Other Income** | 2,094.47 |
| | |
| **Net Other Income** | 2,094.47 |
| | |
| **Net Income** | 74,920.84 |

Page 1

3:27 PM
06/10/14
Accrual Basis

**Springfield Prairie Properties, LLC**
**Profit & Loss**
September 2013

|  | Sep 13 |
|---|---|
| **Ordinary Income/Expense** | |
| **Income** | |
| Parking Income | 5,074.00 |
| Rent Income | 213,832.79 |
| **Total Income** | 218,906.79 |
| **Expense** | |
| Amortization Expense | 4,756.00 |
| Bank Service Charges | 22.47 |
| Contract Labor | 2,670.00 |
| Depreciation Expense | 24,627.25 |
| Insurance | 5,339.50 |
| Janitor Service & Supplies | 5,998.84 |
| Legal Fees | 60,000.00 |
| Management Fee | 11,808.33 |
| Office Supplies | 119.65 |
| Parking | 198.00 |
| Property Taxes | 39,259.71 |
| **Repairs** | |
| Elevator Maintenance | 8,501.66 |
| Building | 19,494.24 |
| HVAC | 12,241.69 |
| Electrical | 467.50 |
| Contracted Services | 8,467.83 |
| Plumbing | 680.00 |
| **Total Repairs** | 49,852.92 |
| Telephone | 1,030.92 |
| **Utilities** | |
| Other | 100.08 |
| Gas and Electric | 15,434.86 |
| Water | 2,023.15 |
| **Total Utilities** | 17,558.09 |
| **Total Expense** | 223,241.68 |
| **Net Ordinary Income** | -4,334.89 |
| **Net Income** | -4,334.89 |

3:27 PM

06/10/14

Accrual Basis

## Springfield Prairie Properties, LLC
## Profit & Loss
### October 2013

|  | Oct 13 |
|---|---|
| **Ordinary Income/Expense** | |
| **Income** | |
| Parking Income | 4,793.00 |
| Rent Income | 216,262.79 |
| **Total Income** | 221,055.79 |
| **Expense** | |
| Amortization Expense | 4,756.00 |
| Bank Service Charges | 32.94 |
| Contract Labor | 3,060.00 |
| Depreciation Expense | 24,627.25 |
| Insurance | 3,474.04 |
| Janitor Service & Supplies | 6,829.74 |
| Legal Fees | 3,901.93 |
| Management Fee | 11,808.33 |
| Parking | 102.00 |
| Property Taxes | 39,259.71 |
| **Repairs** | |
| Elevator Maintenance | 9,448.17 |
| Building | 5,457.28 |
| HVAC | -71,430.81 |
| Electrical | 3,737.22 |
| Contracted Services | 3,624.57 |
| Plumbing | 2,400.64 |
| **Total Repairs** | -46,762.93 |
| Supplies | 53.41 |
| Telephone | 1,027.47 |
| **Utilities** | |
| Other | 66.72 |
| Gas and Electric | 12,863.39 |
| Water | 1,159.50 |
| **Total Utilities** | 14,089.61 |
| **Total Expense** | 66,259.50 |
| **Net Ordinary Income** | 154,796.29 |
| **Other Income/Expense** | |
| **Other Expense** | |
| **Interest Expense** | |
| Default Interest - Berkadia | -256,024.98 |
| Default Interest - Wells Fargo | -17,563.77 |
| Interest Expense - Other | -364,467.93 |
| **Total Interest Expense** | -638,056.68 |
| **Total Other Expense** | -638,056.68 |
| **Net Other Income** | 638,056.68 |
| **Net Income** | 792,852.97 |

3:27 PM

06/10/14

Accrual Basis

## Springfield Prairie Properties, LLC
## Profit & Loss
### November 2013

|  | Nov 13 |
|---|---:|
| **Ordinary Income/Expense** |  |
| **Income** |  |
| Uncategorized Income | 18,023.91 |
| Parking Income | 5,131.00 |
| Rent Income | 214,675.99 |
| **Total Income** | 237,830.90 |
| **Expense** |  |
| Amortization Expense | 4,756.00 |
| Bank Service Charges | 31.18 |
| Contract Labor | 2,670.00 |
| Depreciation Expense | 24,627.25 |
| Insurance | 1,865.51 |
| Janitor Service & Supplies | 5,265.25 |
| Legal Fees | 3,600.00 |
| Management Fee | 11,808.33 |
| Parking | 102.00 |
| Property Taxes | 39,259.71 |
| **Repairs** |  |
| Elevator Maintenance | 3,745.07 |
| Building | 5,203.16 |
| HVAC | 3,733.02 |
| Electrical | 3,422.43 |
| Contracted Services | 3,034.98 |
| Plumbing | 1,051.49 |
| **Total Repairs** | 20,190.15 |
| Supplies | 21.60 |
| Telephone | 1,130.85 |
| **Utilities** |  |
| Other | 100.08 |
| Gas and Electric | 12,620.44 |
| Water | 2,055.03 |
| **Total Utilities** | 14,775.55 |
| **Total Expense** | 130,103.38 |
| **Net Ordinary Income** | 107,727.52 |
| **Net Income** | 107,727.52 |

Page 1

3:27 PM

06/10/14

Accrual Basis

## Springfield Prairie Properties, LLC
## Profit & Loss
### December 2013

|  | Dec 13 |
|---|---|
| **Ordinary Income/Expense** | |
| **Income** | |
| Parking Income | 5,179.00 |
| Rent Income | 203,675.99 |
| **Total Income** | 208,854.99 |
| **Expense** | |
| Amortization Expense | 4,756.00 |
| Bank Service Charges | 63.07 |
| Contract Labor | 3,990.00 |
| Depreciation Expense | 24,627.25 |
| Insurance | 5,230.13 |
| Janitor Service & Supplies | 6,898.69 |
| Legal Fees | 10,209.00 |
| Management Fee | 11,808.33 |
| Parking | 102.00 |
| Property Taxes | 39,259.71 |
| **Repairs** | |
| Elevator Maintenance | 3,366.24 |
| Building | 3,219.30 |
| HVAC | 7,338.24 |
| Electrical | 4,042.23 |
| Contracted Services | 4,290.51 |
| **Total Repairs** | 22,256.52 |
| Supplies | 58.95 |
| Telephone | 1,261.82 |
| **Utilities** | |
| Other | 100.08 |
| Gas and Electric | 15,877.45 |
| Water | 1,995.50 |
| **Total Utilities** | 17,973.03 |
| **Total Expense** | 148,494.50 |
| **Net Ordinary Income** | 60,360.49 |
| **Net Income** | 60,360.49 |